UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. 5:08-CR-244-S3 |
| | § | |
| REYMUNDO REYES | § | |
| ERNESTO CARREON-VASQUEZ | § | |
| ERNESTO ALEJANDRO ESTRADA | § | |
| ERIC IVAN MARTINEZ | § | |
| JUAN ANTONIO CARRERON-VASQUEZ | § | |
| JUAN JOSE ARRIAGA-OVALLE | § | |
| GABRIEL ORTIZ | § | |
| PAULA POALA PAREDES | § | |

## MOTION TO DISMISS IDICTMENT

COMES NOW the United States of America through Alamdar S. Hamdani, United States Attorney and Brittany L. Jensen, Assistant United States Attorney, in and for the Southern District of Texas, and moves this Honorable Court to **Dismiss** the Indictment(s), as to the above-named Defendants, without prejudice in the interest of justice.

Respectfully submitted,

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

By:   By: *s/ Brittany L. Jensen*
BRITTANY L. JENSEN
Assistant United States Attorney
Texas Bar No. 24050821
Southern District No. 2487038
800 N. Shoreline Blvd, Suite 500
Corpus Christi, Texas 78401
Tel. (361) 888-3111